**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                    CASE NO.: 24-22288 EPK
                                                                              CHAPTER 11

MISS AMERICA COMPETITION, LLC

     Debtor.

_____/


**DEBTOR IN POSSESSION'S EXPEDITED MOTION TO DISMISS CHAPTER 11 CASE**

> **Expedited Hearing Requested:** By way of this Motion, Debtor seeks a hearing on this Motion to Dismiss on an expedited basis and upon a shorter period based upon the fact that there is a competing Motion to Dismiss pending sixteen days.  In light of the fact that there are many pending deadlines, including a deadline to file Schedules on December 20, 2024, the Initial Debtor Interview and to conduct the Section 341 Meeting of Creditors, the Debtor respectfully requests that this matter be heard on an emergency basis at the same at the presently scheduled hearing to Approve the Application to Employ Counsel for the Debtor.  Accordingly, it is respectfully requested that this matter be heard **on December 18, 2024 at 1:30pm**

Debtor, Miss America Competition, LLC (the "Debtor"), by and through the undersigned counsel, files this Motion to Dismiss Chapter 11 case in accordance with 11 U.S.C. §1112, and in support thereof state as follows:

1. On November 22, 2024, the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor is a limited liability company organized under the laws of the State of Florida.

3. This chapter 11 reorganization proceeding was filed pursuant to the authority set forth in the Miss America Competition, LLC Operating Agreement dated December 28, 2022, and the Court Order issued by Judge G. Joseph Curley, Jr. finding a likelihood of success on the part

1

of the Debtor in the matter of *Miss America Competition, LLC vs. Robin Fleming*, pending in the Circuit Court of Palm Beach County, Florida under case # 50-2024-CA-003851-XXXA -MB (the State Court Action").

4.      By way of this Motion and for the reasons more fully set forth below, the Debtor requests that this Court dismiss this Chapter 11 proceeding.

5.      The Debtor's former Manager, Robin Fleming ("Fleming") filed a Motion to Dismiss this case on November 25, 2024 (the "Motion to Dismiss").

6.      The Debtor acknowledges that Robin Fleming has filed a separate Motion to Dismiss, but that Motion to Dismiss is on completely different grounds to which the Debtor has objected and filed a Response in Opposition.

7.      When the Debtor was purchased by Mr. Staub on December 28, 2022, the Asset Purchase Agreement required the assumption of approximately $4,100,000.00 in debts (the "assumed liabilities").  This Chapter 11 case was filed based upon the reasonable belief by Mr. Straub that the majority of the assumed liabilities remain unpaid.  Mr. Straub had this belief because of the fact that Ms. Fleming was initially the Manager of the Debtor and, while under his employ, handled the business operations.

8.      Unfortunately, Ms. Fleming actively concealed, and continues to actively conceal, financial information from Mr. Straub, notwithstanding an Order from Judge Curley in the State Court Action requiring the turnover of financial data, books and records to Mr. Straub by Robin Fleming.

9.      At a hearing before this Court on November 27, 2024, it was stated on the record by counsel for Robin Fleming that the assumed liabilities were either satisfied or compromised by

Ms. Fleming, such that there are no longer any significant liabilities to treat in a Chapter 11 Plan. Obviously, this was welcome news to Mr. Straub, the Debtor and the undersigned.

10.     At the same hearing before this Court on November 27, 2024, counsel for Robin Fleming stated on the record that the current pageant/competition contracts are not in the name of the Debtor and are written in the name of a third party non-debtor entity. It follows that the Debtor has little or no regular operating income to support a Chapter 11 Plan. Obviously, this was also news to Mr. Straub, the Debtor and the undersigned.

11.     Based on the aforementioned new post-petition information, this Debtor has no income, no operations and no debt. Accordingly, there is no remaining reason for this Debtor to remain in bankruptcy.

12.     The only outstanding issue for this Debtor is the ownership dispute between Mr. Straub and Ms. Fleming, which is currently pending in the State Court Action. The issue has been fully briefed in the State Court Action and Judge Curley issued a 14 page Order on October 22, 2024 after a two day evidentiary hearing.

13.     This Chapter 11 proceeding was NOT filed to address the ownership dispute between the parties, as that issue can be properly litigated in the State Court Action. It is greatly appreciated that this Court was willing to conduct a two-day evidentiary hearing on the ownership issue on January 29-30, 2025, but that would be redundant and a time-consuming task that is no longer necessary in light of the recent revelations about the Debtor's operations and finances disclosed by counsel for Robin Fleming during this proceeding.

14.     Section 1112(b)(1) provides that "[e]xcept as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter,

whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate."

15.     Again, since Ms. Fleming has recently proffered that the Debtor has no creditors and no operations, there is no reason for this Debtor to remain in bankruptcy under any chapter.

16.     Given the foregoing, the Debtor submits that the dismissal of this Chapter 11 case is in the best interest of all parties involved.  The Debtor further maintains that, in its business judgment, the continued maintenance of this Chapter 11 case is not in any parties' best interest. For this same reason, the Debtor submits that a conversion to a Chapter 7 case is necessary since there is no income, nor any significant assets for a Trustee to administer.

17.     Although Mr. Straub and Ms. Fleming do not agree on the current ownership of the Debtor, the parties clearly agree that the issue of ownership is properly before the Circuit Court in the State Court Action, per their separate Motions to Dismiss.

18.     The undersigned has conferred at length with the various counsel for Robin Fleming and the parties have engaged in favorable discussions regarding a dismissal at this time. The undersigned is of the firm belief and submits that Robin Fleming has no objection to a dismissal, especially in light of the fact that Robin Fleming has her own Motion to Dismiss pending in this case.

WHEREFORE, Debtor respectfully requests this Court enter an Order granting this Motion to Dismiss this Chapter 11 Case, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF or U. S. Mail to the parties listed below this 11th day of December, 2024.

4

KELLEY KAPLAN & ELLER, PLLC
Attorneys for the Debtor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Phone (561) 491-1200
bankruptcy@kelleylawoffice.com

BY:   _/s/ Craig I. Kelley_
CRAIG I. KELLEY, ESQUIRE
Florida Bar 782203

**Mailing Information for Case 24-22288-EPK**

**Electronic Mail Notice List**

- David L. Gay     dgay@carltonfields.com,
  cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

- Dana L Kaplan     dana@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

- Craig I Kelley     craig@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

Justin Louis Chretien
1025 Thomas Jefferson St. NW #400 W
Washington, DC 20007-5208

Eugene Joseph Rossi
1025 Thomas Jefferson St. NW Suite 400 W
Washington, DC 20007-5208

Label Matrix for local noticing
113C-9
Case 24-22288-EPK
Southern District of Florida
West Palm Beach
Mon Dec  2 17:24:36 EST 2024

Miss America Competition, LLC
11199 Polo Club Road
Wellington, FL 33414-6000

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

Bryan Cave Leighton Paisner
200 S Biscayne Blvd Ste 400
Miami, FL 33131-5354

Crowd Management Security
12722 NE Airport Way
Portland, OR 97230-1027

Dattco Transportation
583 South St
New Britain, CT 06051-3878

Didit
2 Huntington Quadrangle Ste 1S08
Melville, NY 11747-4508

Ernst & Young
One Manhattan West
395 9th Ave
New York, NY 10001-8604

First Premier Bank
500 S Minnesota Ave
Sioux Falls, SD 57104-6818

JC Productions
176 A Ouachita 404
Camden, AR 71701-9524

Lear & Pannepacker
791 Alexander Rd
Princeton, NJ 08540-6325

MGM Studios
245 N Beverly Dr. Beverly Hills
Beverly Hills, CA 90210

McElroy Deutch
One State Street
Hartford, CT 06103-3100

Mohegan Sun
1 Mohegan Sun Blvd
Uncasville, CT 06382-1372

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Robin Fleming
12490 Sunnydale Drive
Wellington, FL 33414-7060

Samp Law Office
2101 W 41st St Ste 2000
Sioux Falls, SD 57105-6193

(p)U S  ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

U.S. Small Business Association
2 North Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Association
SBA Administrator
Isabella Casillas Guzman
409 3rd St SW
Washington, DC 20024-3212

Ulaky, Lynne
8 Hayes Hart Rd
Windham, NH 03087-2126

Wolf-George, LP
909 ROSE AVENUE, SUITE 400
Rockville, MD 20852-8758

Xtreme Recognition
6541 Russell Emmett Ct
Papillion, NE 68133-3460

Craig I Kelley
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Dana L Kaplan
1665 Palm Beach Lakes Blvd.
Ste 1000
West Palm Beach, FL 33401-2109

Eugene Joseph Rossi
1025 Thomas Jefferson St. NW Suite 400 W
Washington, DC 20007-5208

Justin Louis Chretien
1025 Thomas Jefferson St. NW #400 W
Washington, DC 20007-5208

Robin Fleming
c/o David L. Gay, Esquire
Carlton Fields, P.A., 2 MiamiCentral
700 NW 1st Avenue
Suite 1200
Miami, FL 33136-4118