Form CGFCRD3H (07/20/22)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24−22288−EPK

Chapter: 11

In re:
Miss America Competition, LLC
11199 Polo Club Road
Wellington, FL 33414
EIN: 92−1505759

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Erik P. Kimball to consider the following:

**Emergency Motion to Dismiss Case Filed by Debtor Miss America Competition, LLC (30)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

    **Date:** **December 18, 2024**
    **Time:** **01:30 PM**
    **Location:** **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL 33401**

2. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

    https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

    All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. The movant, or movant's counsel if represented by an attorney, must:

    (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

4. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

5. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios,

tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

**Dated: 12/12/24**  **CLERK OF COURT**
By: Dawn Leonard
Courtroom Deputy