UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                Chapter 11

MISS AMERICA COMPETITION, LLC,           CASE No.: 24-22288-EPK

    Debtor,
_____/

**INTERESTED PARTY ROBIN FLEMING'S
RESPONSE TO THE EXPEDITED MOTION TO DISMISS**

Interested party Robin Fleming ("Ms. Fleming"), files this Response to the Expedited Motion to Dismiss the Chapter 11 Bankruptcy of the Debtor Miss America Competition, LLC [ECF No. 30] (the "Motion"), and, in support, states as follows:

### I. RESPONSE

1. Mr. Straub was not authorized to file the Chapter 11 Bankruptcy. Ms. Fleming is the sole member of Miss America Competition, LLC ("**MAC**") according to Florida Division of Corporations records. She did not authorize the filing of this bankruptcy case.

2. The purported operating agreement that Mr. Straub provided as an attachment as evidence of his ownership of MAC is fraudulent, as MAC did not exist until January 12, 2023. The operating agreement is dated December 28, 2022, when the entity did not exist. Further, the entity is misspelled as "Miss America Competitions, LLC" (plural), an entity that has never existed in Florida state records. Moreover, metadata from the electronic version of the operating agreement upon which the hard-copy document was based indicates the original was created on August 25, 2023, not December 28, 2022, as alleged.

3. The Debtor in Possession, MAC, was not and is not in financial distress. It is merely the entity that holds the personal property assets of the Miss America organization and, as such, has no financial accounts, no revenues, no expenses, and pays no taxes. Nor does it have any real debts.

4. Regarding the Motion, paragraph 3 states that "[t]his chapter 11 reorganization proceeding was filed pursuant to the authority set forth in the Miss America Competition, LLC Operating Agreement dated December 28, 2022." This is false because Mr. Straub did not and does not have authority to file a Petition in Bankruptcy on behalf of MAC nor to bring the state court action on behalf of Miss America Competitions, LLC, (plural) an entity that does not exist.

5. Paragraph 5 of the Motion falsely characterizes Ms. Fleming as the "former Manager" of MAC. Ms. Fleming is the sole member of MAC as established by Florida Division of Corporations records and IRS records. No Florida state records or IRS records indicate otherwise.

6. Paragraph 7 of the Motion states that Mr. Straub purchased MAC on December 28, 2022, and reasonably believed that the majority of the $4.1 million in debts remained unpaid. Mr. Straub did not purchase MAC at any time nor was he a signatory to the Asset Purchase Agreement. Ms. Fleming does not know what Mr. Straub believed, and does not, by not expressly contesting those beliefs, or the reasonableness of them, agree to Straub's allegations.

7. Paragraph 8 of the Motion states that Ms. Fleming "concealed" information from Mr. Straub. Ms. Fleming produced more than 10,000 documents to Mr. Straub – with metadata intact – in the state court action. There are no documents regarding creditors of MAC because they do not exist (other than one loan from Palm Beach Polo, Inc. that was paid off by a different Miss America entity in February 2024).

8. Paragraph 12 is a misstatement. The causes of action in the state court action brought by Mr. Straub do not include ownership but instead focus on Ms. Fleming's actions as a "Manager" of the putative Miss America entities. The ownership issue *has not been fully briefed* in state court; indeed, formal discovery has not even commenced. Significantly, Mr. Straub brought suit in state court on behalf of plaintiffs Miss America Competitions, LLC (plural), not MAC (singular), *an entity that does not exist*, and Miss America IP, LLC, not Miss America IP, Inc., *also an entity that does not exist.*

9. Separately, Ms. Fleming and the Miss America entities have filed suit on behalf of Ms. Fleming individually, Miss America IP, Inc., Miss America's Scholarship Foundation, Inc., and MAO IP Holding Company, LLC against Mr. Straub, Craig Galle (his attorney), Kathleen Fialco (his comptroller), and Palm Beach Polo, Inc., in federal court (S.D. Fla.) for federal Racketeer Influenced and Corrupt Organizations (RICO) violations (including wire fraud and extortion), federal trademark violations, state RICO violations, defamation, fraud, abusive litigation, bankruptcy fraud, and other claims. (Case No. 9:24-cv-81507-CV-Middlebrooks).

10. Paragraph 13 is misleading. Upon information and belief, this case was commenced by Mr. Straub in an effort to avoid or stall certain events in the state court action.

11. Paragraph 17 is another misstatement. The issue of ownership is not properly before the state court, as those causes of action only assert misconduct against Ms. Fleming as the "Manager" of Miss America.

12. Notwithstanding the above, Ms. Fleming does not object to dismissal of the Petition in Bankruptcy, with prejudice for 180 days.

13. Ms. Fleming specifically reserves the right to seek attorneys' fees and damages for the bad-faith filing in another forum.

## II. CONCLUSION

**WHEREFORE**, for the reasons stated herein, Ms. Fleming respectfully requests that the Court enter an order in conformance with the foregoing dismissing this proceeding.

Dated: December 16, 2024

Respectfully submitted,

**CARLTON FIELDS, P.A.**

*/s/ David L. Gay*
David L. Gay, Esq.
Florida Bar No. 839221
Email: dgay@carltonfields.com
2 MiamiCentral
700 NW 1st Avenue
Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*and*

Gene Rossi (*pro hac vice* requested)
Email: grossi@carltonfelds.com
Justin Chretien (*pro hac vice* requested)
Email: jchretien@carltonfelds.com
1025 Thomas Jefferson St., NW
Suite 400
Washington, D.C. 20007
Telephone: (202) 965-8113

*Attorneys for Robin Fleming*

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on December 16, 2024.

                                           _/s/ David L. Gay_
                                           David L. Gay