**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:  CASE NO.: 24-22288 EPK
  CHAPTER 11

MISS AMERICA COMPETITION, LLC

    Debtor.
_____/

**NOTICE OF FILING**

    The Debtor, **MISS AMERICA COMPETITION, LLC**, by and through the undersigned attorney, hereby files the following:

1. Transcript 11/27/2024 Hearing - *Emergency Motion to Dismiss Chapter 11 Bankruptcy and for Emergency Injunctive Relief* (ECF #9)

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF/ USMail to those parties below and registered to receive electronic mail on the 16th day of December 2024.

    KELLEY KAPLAN & ELLER, PLLC
    Attorneys for Debtor
    1665 Palm Beach Lakes Blvd
    Suite 1000 – The Forum
    West Palm Beach, FL 33401
    Tel. No. (561) 491-1200
    bankruptcy@kelleylawoffice.com

    By:/s/ *Dana Kaplan*
    Dana Kaplan
    Florida Bar No.: 44315

**Mailing Information for Case 24-22288-EPK**
**Electronic Mail Notice List**

- **David L. Gay**   dgay@carltonfields.com, cguzman@carltonfields.com; efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Dana L Kaplan**   dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Craig I Kelley**   craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

1

**Manual Notice List**

    **Miss America Competition, LLC**
    11199 Polo Club Road
    Wellington, FL 33414

    **Larry Zink**
    Zink Zink Zink Co LPA
    3711 Whipple Ave NW
    Canton, OH 44718-4900

    **Craig Galle**
    The Galle Law Group P A
    13501 South Shore Blvd Ste 103
    Wellington, FL 33414-7211

    **Justin Louis Chretien**
    1025 Thomas Jefferson St. NW #400 W
    Washington, DC 20007-5208

    **Eugene Joseph Rossi**
    1025 Thomas Jefferson St. NW Suite 400 W
    Washington, DC 20007-5208