**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                          CASE NO.: 24-22288 EPK
                                                                                        CHAPTER 11

MISS AMERICA COMPETITION, LLC

    Debtor.
_____/

## NOTICE OF FILING

    The Debtor, **MISS AMERICA COMPETITION, LLC**, by and through the undersigned attorney, hereby files the following:

1. Excerpts from USDC SDFL Case No. 9:24-cv-81507 XXXX
2. Excerpts from USDC SDFL Case No. 24-81507-CV-MIDDLEBROOKS
3. Transcript Excerpts from 11/27/2024 Hearing - *Emergency Motion to Dismiss Chapter 11 Bankruptcy and for Emergency Injunctive Relief* (ECF #9)

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF/ USMail to those parties below and registered to receive electronic mail on the 16th day of December 2024.

                                                    KELLEY KAPLAN & ELLER, PLLC
                                                    Attorneys for Debtor
                                                    1665 Palm Beach Lakes Blvd
                                                    Suite 1000 – The Forum
                                                    West Palm Beach, FL 33401
                                                    Tel. No. (561) 491-1200
                                                    bankruptcy@kelleylawoffice.com

                                                    By:/s/ *Dana Kaplan*_____
                                                    Dana Kaplan
                                                    Florida Bar No.: 44315

**Mailing Information for Case 24-22288-EPK**
**Electronic Mail Notice List**

- **David L. Gay**   dgay@carltonfields.com, cguzman@carltonfields.com; efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Dana L Kaplan**   dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

1

- **Craig I Kelley**   craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

**Miss America Competition, LLC**
11199 Polo Club Road
Wellington, FL 33414

**Larry Zink**
Zink Zink Zink Co LPA
3711 Whipple Ave NW
Canton, OH 44718-4900

**Craig Galle**
The Galle Law Group P A
13501 South Shore Blvd Ste 103
Wellington, FL 33414-7211

**Justin Louis Chretien**
1025 Thomas Jefferson St. NW #400 W
Washington, DC 20007-5208

**Eugene Joseph Rossi**
1025 Thomas Jefferson St. NW Suite 400 W
Washington, DC 20007-5208