UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:24-cv-81507 XXXX

ROBIN FLEMING, MISS AMERICA IP,
INC., MISS AMERICA'S
SCHOLARSHIP FOUNDATION, INC.,
and MAO IP HOLDING COMPANY,
LLC,
    Plaintiffs,

v.

GLENN F. STRAUB, CRAIG T. GALLE,
KATHLEEN A. FIALCO, and PALM BEACH
POLO, INC.,
    Defendants.
_____/

## Miss America Excerpts from Original Complaint

Paragraph 25.
Further, Miss America Competition, LLC is not bankrupt and has no debt.