UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-81507-CV-MIDDLEBROOKS

ROBIN FLEMING, MISS AMERICA IP, INC., MISS AMERICA'S SCHOLARSHIP FOUNDATION, INC., and MAO IP HOLDING COMPANY, LLC,
Plaintiffs,

v.

GLENN F. STRAUB, CRAIG T. GALLE, KATHLEEN A. FIALCO, and PALM BEACH POLO, INC.,
Defendants.
_____/

## Miss America excerpts from Amended Complaint

Paragraph 9.
MAC does not generate revenues, has no financial accounts . . . As such, MAC is not a taxable entity and does not require an Employer Identification Number ("EIN").

Paragraph 394.
MAC had no financial accounts, no income or expenses, no role in the upcoming competition, and was not in financial distress.

Paragraph 396.
Further, MAC has no accounts, income or expenses, and is not in financial distress.

Paragraph 620.
MAC – is not in financial distress. It has no financial accounts . . . and no real debts.