**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                              CASE NO.: 24-22288 EPK
                                                                                          CHAPTER 11

MISS AMERICA COMPETITION, LLC

     Debtor.
_____/

## EXCERPTS FROM HEARING ON ROBIN FLEMINGS MOTION TO DISMISS HELD ON NOVEMBER 27, 2024

**Page 15 Lines 6-10; 16-17:**
Miss America Competition doesn't own - - doesn't operate the pageant itself and has no real assets of its own.  It has no bank account.  It pays no taxes. The other entities conduct the operations, conduct the pageant . . . [MAC] does not conduct any operations, has no income, and has no real debt.

**Page 43 Lines 6-12:**
MR. CHRETIEN: MAC does not have a checking account, does not spend money, does not earn money, and has no tax liability because of that.
THE COURT: Interesting. So you're fighting over something that is only -- whose interest is only in a limited amount of personal property?
MR. CHRETIEN: Yes, your Honor. Exactly.

**Page 50 Lines 3-9**
THE COURT: Miss America Competition, in your client's view, has no bank account whatsoever? Someone said that earlier today.
UNIDENTIFIED SPEAKER: Correct.
MR. GAY: I believe that to be the case your Honor.
THE COURT: Okay. No bank account.