

**ORDERED in the Southern District of Florida on December 17, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                                  CASE NO.: 24-22288 EPK
MISS AMERICA COMPETITION, LLC                              CHAPTER 11

    Debtor.
_____/

**AGREED ORDER GRANTING DEBTOR IN POSSESSION'S EXPEDITED MOTION**
**TO DISMISS AND CANCELLING HEARINGS ON DECEMBER 18, 2024,**
**<u>AND JANUARY 29 TO 30, 2025</u>**

THIS MATTER comes before the Court upon the *Debtor in Possession's Emergency Motion to Dismiss Case* [ECF No. 30] (the "Motion to Dismiss"), and any responses thereto. The relief requested in the Motion being in the best interest of the Debtor, any creditors, and all parties-in-interest, proper and adequate notice of the Motion having been given and no other or further notice being necessary, and the movant by submitting this form of order having represented that the Motion was served on all parties required by Bankruptcy Rule 2002 or Local Rule 2002-1(H), (I) or (J), upon review of the record before the Court, and having been advised that Ms. Fleming, who previously filed a motion to dismiss this case [ECF No. 9], agrees to the relief set forth herein,

1

and having been advised that the Office of the U.S. Trustee agrees to the relief set forth herein, and having considered the applicable standards, and otherwise finding good and sufficient cause exists to grant the relief requested, the Court

**ORDERS** as follows:

1. The Motion to Dismiss [ECF No. 30] is **GRANTED**.

2. This bankruptcy case is dismissed effective as of the date of this Order.

3. Glenn Straub, on behalf of the Debtor shall pay any outstanding U.S. Trustee fees within ten (10) days of the date of this Order.

4. The dismissal is with prejudice to Glenn Straub filing or causing the filing of a bankruptcy petition, or seeking to commence any insolvency proceeding, with respect to the Debtor for a period of 180 days.

5. The parties will bear their own attorney's fees and costs in this bankruptcy case; however, the dismissal is without prejudice to the parties seeking and being awarded damages associated with this bankurptcy case, including attorney's fees and costs, in another forum.

6. The Court retains jurisdiction to enforce the terms of this Order.

7. The hearings scheduled for December 18, 2024, and on January 29 to 30, 2025 are hereby canceled.

###

**Submitted by:**
Craig I. Kelley, Esquire
Kelley Kaplan & Eller, PLLC
1665 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
E-mail: bankruptcy@kelleylawoffice.com

**Copies furnished to:**

*CRAIG I. KELLEY, ESQ., is directed to serve copies of this order on all interested parties and file a Certificate of Service.*